# NO. 12-13-00221-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAY HARTSELL,* *APPELLANT* | § | *APPEAL FROM THE 392ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *DONALD RAY PARRISH,* *APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

The parties have filed a joint motion to dismiss this appeal in which they state that they have settled their dispute. After reviewing the motion, the court is of the opinion that it should be granted. Accordingly, Appellant and Appellee's joint motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a). The costs of this appeal are taxed to the party incurring them.

Opinion delivered September 24, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 24, 2014

NO. 12-13-00221-CV

**JAY HARTSELL,**
Appellant
V.
**DONALD RAY PARRISH,**
Appellee

Appeal from the 392nd District Court

of Henderson County, Texas (Tr.Ct.No. 2012B-1006A)

THIS CAUSE came on to be heard on the joint motion of the Appellant and the Appellee to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. The costs of the appeal are taxed to the party incurring them.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*